COMMONWEALTH of Pennsylvania, Respondent

v.

Jamil GANDY, Petitioner

No. 584 MAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

**AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.